UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESUS EDUARDO CASTILLO GONZALEZ, </br></br>    Petitioner, </br></br>v. </br></br>DERRICK STAMPER, *in his official capacity as Chief Patrol Agent of Houlton Sector, U.S. Border Patrol*, et al., </br></br>    Respondents. | No. 1:26-cv-00120-JAW |

**ORDER TO SHOW CAUSE**

On March 7, 2026, Jesus Eduardo Castillo Gonzalez filed a verified petition for writ of habeas corpus, seeking his immediate release from immigration detention or, alternatively, a bond hearing in Immigration Court. *Pet. for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (ECF No. 1) (*Pet.*). Mr. Gonzalez, a resident of Skowhegan, Maine, is a citizen of Venezuela who fled to the United States in 2016 after threats against his life his home country. *Id.* ¶¶ 1, 17-19. On September 15, 2016, Mr. Gonzalez entered the United States on a B-2 Visitor Visa, initially settling in Florida, before moving to Skowhegan, Maine for work in 2025 and to be with his two adult sons. *Id.* ¶¶ 19-21. On March 11, 2024, Mr. Gonzalez received temporary protected status (TPS), expiring on October 2, 2026. *Id.* ¶ 23; *id.*, Attach. 4, *TPS Grant Notice*. However, on September 8, 2026, U.S. Department of Homeland Security (DHS) announced the termination of Venezuelan TPS, effective November 7, 2025. *Id.* ¶ 25. Mr. Gonzalez maintains DHS never initiated removal proceedings

against him and that he currently does not have a removal case against him in Immigration Court at the time he filed this petition. *Id.* ¶ 26.

On February 25, 2026, U.S. Customs and Border Protection agents arrested Mr. Gonzalez while he was making a delivery for work at his employer, Backyard Farms. *Id.* ¶ 41. Since his arrest, he has remained in CBP custody at Fort Fairfield Station in Fort Fairfield, Maine. *Id.* ¶ 34; *Min. Entry* (ECF No. 6). Given recent Bureau of Immigration Appeals precedent, Mr. Gonzalez anticipates being denied a bond hearing, which he claims violates the Immigration Nationality Act and his due process rights under the Fifth Amendment of the United States Constitution. *Id.* ¶¶ 41-93. He seeks a writ of habeas corpus ordering his immediate release, or in the alternative, an order requiring an Immigration Judge to provide him a bond hearing as soon as possible. *Id.* at 17.

In accordance with 28 U.S.C. § 2243, the Court ORDERS Respondents to SHOW CAUSE by no later than Wednesday March 11, 2026 why this petition for a writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243. The Court further ORDERS Jesus Eduardo Castillo Gonzalez to file his reply no later than Friday, March 13, 2026. Although the parties represented that they do not anticipate filing any documents beyond the existing record, the Court also ORDERS Respondents and Mr. Gonzalez to include in their respective briefings any documents in addition to Mr. Gonzalez's petition and accompanying attachments that will comprise the evidentiary record.

Finally, the Court extends its emergency order dated March 7, 2026 in which it ordered the Respondents not to remove Jesus Eduardo Castillo Gonzalez from the jurisdiction of the United States or transfer the Petitioner to a judicial district outside that of Maine pending further order of the Court, except if it is necessary to remove the Petitioner from the District of Maine to attend a bond hearing before an Immigration Judge outside the District of Maine, the Respondents are specifically authorized to do so.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of March, 2026