UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JESUS EDUARDO CASTILLO GONZALEZ,<br><br>Petitioner<br><br>v.<br><br>DERRICK STAMPER, et al.,<br><br>Respondent | ) | CIVIL NO.: 1:26-cv-00120-JAW |

JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr., on March 17, 2026;

The Petition for Writ of Habeas Corpus is Granted in part and Denied in part.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: March 17, 2026